IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV,  AV TRANSPORTATION, INC.,<br><br>    Defendants. | 4:12CV3090<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED that plaintiff's Motion For Leave To Amend Complaint To Add Additional Parties and Claims and For Extension Of Time To File Rule 26(F) Report (filing no. 13), is granted in part, and denied in part, as follows:

1) The plaintiff's motion for leave to file an amended complaint is denied without prejudice to re-filing in accordance with Nebraska Civil Rule 15.1. Specifically, an unsigned copy of the proposed amended pleading must be attached to the motion so the court can determine if the amended pleading will divest this court of jurisdiction, and so the defendants can raise any objections they may have to the proposed amended complaint.

2) The deadline for filing the Rule 26(f) Report is continued.  The parties' planning conference report shall be filed on or before October 10, 2012.

August 17, 2012.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge