IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>                 Plaintiff,<br><br>     vs.<br><br>ANTON ANTONOV,  AV TRANSPORTATION, INC.,  THE ANDERSONS, INC.,  BNSF RAILWAY COMPANY,<br><br>                 Defendants. | 4:12CV3090<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Stephen L. Ahl, Krista M. Carlson and the law firm of Wolfe,Snowden, Hurd, Luers & Ahl, LLP, as counsel of record for AV Transportation, Inc. and Anton Antonov (filing no. 40), is granted.

2) On or before January 18, 2013, Defendant Anton Antonov shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel.  The failure to do so may result in an entry of default and/or default judgment against Defendant Anton Antonov.

3) Defendant AV Transportation, Inc., a corporation, cannot litigate its action in this forum without representation by licensed counsel.  Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).  On or before January 18, 2013, Defendant AV Transportation, Inc. shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

4) Stephen L. Ahl, Krista M. Carlson and the law firm of Wolfe,Snowden, Hurd, Luers & Ahl, LLP shall promptly mail a copy of this order to Defendants  AV Transportation, Inc. and Anton Antonov, and file a certificate of service stating the date and the manner of service, and the name and address served.

   December 19, 2012.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge