IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., THE ANDERSONS, INC., BNSF RAILWAY COMPANY,<br><br>        Defendants. | 4:12CV3090<br><br>**MEMORANDUM AND ORDER** |

In addition to the provisions set forth in the court's prior order, (Filing No. 47), and for the purpose of clarification,

    IT IS ORDERED:

Pursuant to the notice of receivership and injunction filed herein, (Filing No. 37), as to any claims filed by or against Gramercy insureds, Anton Antonov and AV Transportation, Inc., this case (including any deadlines for answering or otherwise responding to claims or cross-claims) is stayed pending further order of the court.

December 27, 2012.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge