IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>            Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV & AV TRANSPORTATION, INC., THE ANDERSONS, INC., and BNSF RAILWAY COMPANY,<br><br>            Defendants. | 4:12-CV-3090<br><br>ORDER |

This matter is before the Court on the stipulation to dismiss plaintiff's claims against The Andersons, Inc. (filing 58). The parties have agreed to dismiss plaintiff's claims against The Andersons, without prejudice, each party to bear its own costs and attorney fees.

Accordingly,

    IT IS ORDERED:

    1.    The Court accepts the parties' stipulation (filing 58).

    2.    Plaintiff's claims against The Andersons are dismissed, without prejudice, each party to bear its own costs and attorney fees.

Dated this 8th day of March, 2013.

                                                    BY THE COURT:

                                                    John M. Gerrard
                                                    United States District Judge