IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>   Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., BNSF RAILWAY COMPANY,<br><br>   Defendants. | 4:12CV3090<br><br>MEMORANDUM AND ORDER |

In accordance with the notice of mandatory stay filed on September 9, 2013, (Filing No. 92):

IT IS ORDERED:

1) This case is stayed pending further order of the court.

2) Any motion to lift the stay or for other affirmative relief, including any request for an order to be entered and served on the Liquidator for Gramercy Insurance Company, shall be filed on or before October 28, 2013, with any response thereto filed in accordance with the deadlines established by this court's local rules.

September 12, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge