IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., THE ANDERSONS, INC., BNSF RAILWAY COMPANY,<br><br>        Defendants. | **4:12CV3090**<br><br>**MEMORANDUM AND ORDER** |

The six-month mandatory stay imposed pursuant to Section 631.67, Florida Statutes has expired. This case is no longer stayed by operation of law.

Accordingly,

IT IS ORDERED that the plaintiff's motion to lift the stay, (Filing No. 95), is denied as moot.

March 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge