IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., THE ANDERSONS, INC., BNSF RAILWAY COMPANY,<br><br>　　　　　Defendants. | **4:12CV3090**<br><br>**ORDER** |

IT IS ORDERED:

1)　　The plaintiff's motion to continue, (Filing No. 131), is granted.

2)　　Plaintiff's Brief in Opposition to BNSF's Motion for Protective Order, (Filing No. 126), and his Reply in Support of his Motion to Compel Discovery, (Filing No. 118), shall be filed on or before July 9, 2014.

June 4, 2014.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge