IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., THE ANDERSONS, INC., BNSF RAILWAY COMPANY,<br><br>　　　　Defendants. | 4:12CV3090<br><br>MEMORANDUM AND ORDER |

After reviewing the parties' submissions on Plaintiff's motion to compel, (Filing No. 118), and Defendant BNSF's motion for protective order, (Filing No. 126),

IT IS ORDERED:

1)　To facilitate an in camera inspection, on or before July 9, 2014, BNSF shall deliver a compact disc containing the documents listed in its privilege log to the chambers of the undersigned magistrate judge.

2)　BNSF shall use optical character recognition software on the documents, and save them on the compact disc, with bookmarks, in the order they are listed in the privilege log.

June 30, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge