IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RONALD D. MADDEN,

        Plaintiff,

vs.

ANTON ANTONOV, AV TRANSPORTATION, INC., THE ANDERSONS, INC., BNSF RAILWAY COMPANY,

        Defendants.

4:12CV3090

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1) The defendant's motion to seal, (Filing No. 141), is granted in part. The documents filed as filing 145 and its attachments shall be filed as restricted access documents.

2) The clerk shall change the security settings for Filing 145 and its attachments accordingly, and as to that filing, regenerate the Notice of Electronic Filing to counsel for all parties.

August 4, 2014.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge