IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV & AV TRANSPORTATION, INC., THE ANDERSONS, INC., and BNSF RAILWAY COMPANY,<br><br>    Defendants. | 4:12-CV-3090<br><br>ORDER |

   This matter is before the Court on the Stipulated Motion to Dismiss filed by plaintiff and defendant The Andersons, Inc. ("Andersons). Filing 190. Plaintiff and Andersons have agreed that plaintiff's claims against Andersons shall be dismissed with prejudice, each party to pay its own attorney fees and costs. Accordingly,

   IT IS ORDERED:

   1.   The Court accepts the parties' stipulation and grants the motion to dismiss (filing 190).

   2.   Plaintiff's claims against Andersons are dismissed, with prejudice, each party to bear its own costs and attorney fees.

Dated this 30th day of October, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge