IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, et. al;<br><br>    Defendants. | **4:12CV3090**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' joint stipulation, (Filing No. 212), is approved and the deposition of Mike Kiel may proceed in accordance with the terms set forth in that stipulation.

2) The railroad's objection to the plaintiff's Notice of Intent to Issue a Subpoena to Mike Kiel, (Filing No. 211), is overruled as moot.

November 21, 2014.

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge