IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>             Plaintiff,<br><br>     vs.<br><br>ANTON ANTONOV,  AV TRANSPORTATION, INC.,  THE ANDERSONS, INC.,  BNSF RAILWAY COMPANY,<br><br>             Defendants. | 4:12CV3090<br><br>**ORDER** |

IT IS ORDERED:

1)      Defendant BNSF's motion for protective order, (Filing No. 217), and Plaintiff's motion to compel, (Filing No. 221), are each granted in part, and denied in part as stated on the record, (Filing No. 271).

2)      The jury trial of this case is continued, and is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on April 13, 2015, or as soon thereafter as the case may be called, for a duration of ten (10) trial days.  This case is the first civil case, and to the extent possible, the court will not set any criminal case during the weeks of April 13 and April 20, 2015.   Jury selection will be held at the commencement of trial.

3)      The Pretrial Conference is continued, and is scheduled to be held before the undersigned magistrate judge on **March 31, 2015** at **1:00 p.m.**, by WebEx Conferencing. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.  The parties' updated proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 30, 2015.

February 24, 2015.                                      BY THE COURT:

                                                                        *s/ Cheryl R. Zwart*
                                                                        United States Magistrate Judge