IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD D. MADDEN,** | ) | 4:12 CV 3090 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JOINT STIPULATION FOR** |
| vs. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | **AND JUDGMENT** |
| **ANTON ANTONOV & AV** | ) | |
| **TRANSPORTATION, INC., and** | ) | |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff, Ronald D. Madden ("Madden"), and Defendants, Anton Antonov, AV Transportation, Inc., and BNSF Railway Company (collectively "Defendants"), by and through their attorneys of record, hereby stipulate and agree that the claims against all parties are hereby dismissed with prejudice and judgment entered accordingly. Each party to pay his or its own costs.

DATED this 11th day of May, 2015.

                                                    RONALD D. MADDEN, Plaintiff
                                                  Donald F. D'Antuono
                                                  SCHNELL, D'ANTUONO LAW FIRM
                                                  1120 Lincoln Street, Suite 1304
                                                  Denver, CO 80203
                                                  dfdant@aol.com

                                                  and

By:    */s/ Jeffrey E. Chod*
            Jeffrey E. Chod
            Patrick O'Brien
            O'BRIEN CHOD, LLC
            c/o CHOD LAW, LLC
            1942 Broadway, Suite 411
            Boulder, CO 80302
            jchod@obrienchod.com
            pobrien@obrienchod.com

2

        BNSF RAILWAY COMPANY, Defendant

By:   *s/Nichole S. Bogen*
      Nichole S. Bogen, # 22552
      Katherine Q. Martz, #25094
      SATTLER & BOGEN LLP
      701 P Street, Suite 301
      The Creamery Building
      Lincoln, NE 68508
      (402) 475-9400
      nsb@sattlerbogen.com
      kqm@sattlerbogen.com


        ANTON ANTONOV and AV TRANSPORTATION, Defendants

By:   *s/David C. Mullin*
      David C. Mullin, #21985
      FRASER STRYKER PC LLO
      500 Energy Plaza
      409 South 17th Street
      Omaha, NE 68102-2663
      (402) 341-6000
      dmullin@fraserstryker.com