IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. MADDEN,<br><br>          Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV & AV TRANSPORTATION, INC., and BNSF RAILWAY COMPANY,<br><br>          Defendants. | 4:12-CV-3090<br><br>JUDGMENT |

  Pursuant to the parties' joint stipulation (filing 278), this case is dismissed, with prejudice, each party to pay its own costs and fees.

  Dated this 11th day of May, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge